
**RECEIVED**
CHARLOTTE, N.C.

MAY 17 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO.: 3:04-CV-618-H

| | |
|---|---|
| CARLTON McCLURE,<br><br>        Plaintiff,<br>v.<br><br>WARD TRUCKING CORP.,<br><br>        Defendant. | **ORDER GRANTING ADMISSION**<br>***PRO HAC VICE* OF**<br>**DAVID P. ANDREWS** |

THIS MATTER is before the Court upon the Motion for Admission *Pro Hac Vice* of John G. McDonald of Helms Mulliss & Wicker, PLLC requesting that David P. Andrews be admitted to appear as counsel for Defendant Ward Trucking Corp. ("Ward Trucking") in the above-captioned civil action. It appears to the Court that the Motion should be allowed.

IT IS, THEREFORE, ORDERED that David P. Andrews be granted special admission to the Bar of this Court and that he be allowed to appear in this civil action as attorney of record for Ward Trucking along with co-counsel, John G. McDonald, who is a member in good standing of the Bar of this Court.

This the 19th day of May, 2005.

_Carl Horn, III_