IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:04CV618-H

| | |
|---|---|
| CARLTON McCLURE | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WARD TRUCKING CORP. | ) |
|     Defendant. | ) |

## ORDER OF ADMISSION *PRO HAC VICE*

Upon Motion of Ted N. Kazaglis to appear *pro hac vice* on behalf of Defendant Ward Trucking Corp., filed by Richard S. McAtee, also on behalf of Defendant Ward Trucking Corp., and for good cause shown, the Court finds that the Motion is well taken. Accordingly, it is hereby, ORDERED that Ted N. Kazaglis, Esq., is admitted to practice before this Court *pro hac vice* in these proceedings as counsel for Defendant.

**SO ORDERED**.

Signed: November 22, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge